UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                          :

PARFAIT MUTIMURA,             :

                Plaintiff,   :

                       :            20 Civ. 11131 (LGS)

        -against-        :

                       :               ORDER

UNITED STATES OF AMERICA,   :

              Defendant.  :

                       :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Opinion and Order dated June 30, 2021, denied Plaintiff's petition for a

writ of habeas corpus.  It is hereby

       **ORDERED** that the case is closed.

       The Clerk of Court is respectfully directed to close the case.

Dated: August 3, 2021
      New York, New York

                              **LORNA G. SCHOFIELD**
                       **UNITED STATES DISTRICT JUDGE**